MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs ROGELIO SERRATO,
JULIAN SERRATO AND ISRAEL SERRATO

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually.<br><br>Plaintiffs,<br><br>vs.<br><br>MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally.<br><br>Defendants.<br>_____/<br><br>*Related with:*<br><br>RITA SERRATO, et al.,<br><br>vs.<br><br>MONTEREY COUNTY, (No. C-11-4106 RMW) | No: C11-03642 RMW (PSGx)<br><br>Hon. Ronald M. Whyte<br><br><br>**() ORDER GRANTING PLAINTIFFS ROGELIO SERRATO'S, JULIAN SERRATO'S, AND ISRAEL SERRATO'S UNOPPOSED MOTION TO APPROVE MINORS' COMPROMISE** |

1

2        **ORDER**

3       Plaintiffs' Unopposed Motion to Approve Minors' Compromise having come before
4  the Court, the Court having considered the Motion and all papers filed therewith, and good
5  cause appearing, Plaintiffs' Motion is GRANTED.  Defendants, their insurers and
6  assignees shall make the payments set forth in Exhibit D to the Declaration of Julia
7  Sherwin filed with the motion.
8

9

10  DATED: July ⎯FJ⎯, 2013                UNITED STATES DISTRICT COURT

11

12

13  

14            Honorable Ronald M. Whyte

15

16

17

18

19

20

21

22

23

24

25

26

27

28