MICHAEL J. HADDAD (State Bar No. 189114)
JULIA SHERWIN (State Bar No. 189268)
GINA ALTOMARE (State Bar No. 273099)
GENEVIEVE K. GUERTIN (State Bar No. 262479)
HADDAD & SHERWIN
505 Seventeenth Street
Oakland, California 94612
Telephone: (510) 452-5500
Facsimile: (510) 452-5510

Attorneys for Plaintiffs ROGELIO SERRATO, JULIAN SERRATO AND ISRAEL SERRATO

*E-FILED - 7/19/13*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ROGELIO SERRATO, DECEASED, THROUGH HIS SUCCESSORS IN INTEREST, JULIAN SERRATO and ISRAEL SERRATO, minors, by and through their grandmother and Next Friend, LISA MAGDALENO; and JULIAN SERRATO AND ISRAEL SERRATO, by and through their Next Friend, LISA MAGDALENO, individually.

Plaintiffs,

vs.

MONTEREY COUNTY, a public entity, SHERIFF SCOTT MILLER, individually and in his official capacity; CAPTAIN CHARLES MONARQUE, individually and in his official capacity; COMMANDER KEVIN OAKLEY, individually; SERGEANT GARRETT SANDERS, individually; SERGEANT JOSEPH BANUELOS, individually; SERGEANT RANDY RAGSAC, individually; DETECTIVE AL MARTINEZ, individually; DEPUTY MARK SIEVERS, individually, and DOES 1-10, individually, jointly and severally.

Defendants.
_________________________________/

*Related with:*

RITA SERRATO, et al.,

vs.

MONTEREY COUNTY, (No. C-11-4106 RMW)

No: C11-03642 RMW (PSGx)

Hon. Ronald M. Whyte

**() ORDER GRANTING PLAINTIFFS ROGELIO SERRATO'S, JULIAN SERRATO'S, AND ISRAEL SERRATO'S UNOPPOSED MOTION TO APPROVE MINORS' COMPROMISE**

**ORDER**

Plaintiffs' Unopposed Motion to Approve Minors' Compromise having come before the Court, the Court having considered the Motion and all papers filed therewith, and good cause appearing, Plaintiffs' Motion is GRANTED. Defendants, their insurers and assignees shall make the payments set forth in Exhibit D to the Declaration of Julia Sherwin filed with the motion.

DATED: July 19, 2013

UNITED STATES DISTRICT COURT



Honorable Ronald M. Whyte